Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE FINGER,<br><br>    Plaintiff,<br><br>  v.<br><br>THE NEW HOME COMPANY INC., H. LAWRENCE WEBB, PAUL C. HEESCHEN, GREGORY P. LINDSTROM, CATHEY LOWE, DOUGLAS C. NEFF, SAM BAKHSHANDEHPOUR, MICHAEL BERCHTOLD, and WAYNE STELMAR,<br><br>    Defendants. | Case No. 2:21-cv-06919-AB-MAR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Katherine Finger ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: November 23, 2021 | **WEISSLAW LLP** |
| | By: */s/ Joel E. Elkins* |
| | Joel E. Elkins<br>9100 Wilshire Blvd. #725 E.<br>Beverly Hills, CA 90210<br>Telephone: 310/208-2800<br>Facsimile: 310/209-2348<br>-and-<br>Richard A. Acocelli<br>1500 Broadway, 16th Floor<br>New York, NY 10036<br>Telephone: 212/682-3025<br>Facsimile: 212/682-3010 |
| **OF COUNSEL**<br><br>**BRAGAR EAGEL & SQUIRE, P.C.**<br>Alexandra B. Raymond<br>810 Seventh Avenue, Suite 620<br>New York, NY 10019<br>Tel: (646) 860-9158<br>Fax: (212) 214-0506<br>Email: raymond@bespc.com<br><br>*Attorneys for Plaintiff* | *Attorneys for Plaintiff* |